■ CHARLES A. NOWAK et al., Respondents, v PACIFIC INTERMOUNTAIN EXPRESS Co., Appellant. (And a Third-Party Action.)—Order unanimously affirmed, with costs. Motion to strike respondents' appendix granted. (Appeal from order of Supreme Court, Erie County, Mintz, J.—summary judgment.) Present—Dillon, P. J., Callahan, Doerr, Denman and Pine, JJ.